WILLS—ATTESTING WITNESSES—SIGNATURE AT END.
A will was written on the first page of a sheet of note paper, and signed by testator at the end of that page. The second and third pages were blank, and the signatures of the witnesses were written at the top of the fourth page. The rest of the fourth page was blank. *Held,* that the signatures of the witnesses were "at the end of the will" (2 Rev. St. p. 63, § 40).

Proceedings for the probate of the will of John A. Singer, deceased. The will was drawn on a sheet of note paper, by George C. Newberry, a layman, and one of the subscribing witnesses to the will. Probate granted.

George H. Kracht, for proponent.
Andrew S. Hamersley, special guardian.

FITZGERALD, S.    The instrument offered for probate is written upon the first page of an ordinary sheet of note paper and subscribed by the testator at the end of such first page. The second and third pages are blank, and the signatures of the witnesses appear upon the top of the fourth page. The remainder of the fourth page is blank. The only question presented is whether or not the witnesses signed at the end of the will. The requirement of the statute in this respect has been, if not literally, substantially complied with, and in the absence of fraud this is sufficient. The principle here is the same as that in Re Dayger, 47 Hun, 127, and Hitch-

cock v. Thompson, 6 Hun, 279, in the former of which it is said that an instrument is signed at the end thereof when nothing intervenes between the instrument and the subscription. It is apparent that after the testator had subscribed the instrument the double sheet was turned over without separating the leaves, and that the witnesses signed upon what would have been merely the other side of a single leaf. A decree may be presented admitting the will to probate.